

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00828-CV

**IN THE INTEREST OF R.P.**, a Child

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-PA-01371
Honorable Raul Perales, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Appellant is indigent. No costs are assigned.

SIGNED June 20, 2024.

_____
Patricia O. Alvarez, Justice